THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DER-RON STEPHENS, Appellant.

Submitted June 18, 2012; decided June 26, 2012

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

In the Matter of STATE OF NEW YORK, Respondent, v RICHARD R., Appellant.

Decided June 26, 2012

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

UNITED STATES FIDELITY & GUARANTY COMPANY et al., Respondents, v AMERICAN RE-INSURANCE COMPANY et al., Appellants, et al., Defendants.

Submitted June 18, 2012; decided June 26, 2012

Motion by Reinsurance Association of America for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 19 copies filed within seven days.

In the Matter of JAZMINE WEISMAN et al., Appellants, v NEW YORK CITY HOUSING AUTHORITY, Respondent.

Submitted April 30, 2012; decided June 26, 2012

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).